# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|   |   |
|---|---|
| **Debtor:** | IRENE LOUISE LEHANE |
| **Case Number:** | 4:12-BK-07754-EWH   **Chapter:** 13 |
| **Date / Time / Room:** | TUESDAY, OCTOBER 16, 2012 01:30 PM   COURTROOM 446 |
| **Bankruptcy Judge:** | EILEEN W. HOLLOWELL |
| **Courtroom Clerk:** | TERESA MATTINGLY |
| **Reporter / ECR:** | ALICIA JOHNS |

## *Matter:*

CONTINUED FINAL HEARING ON MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 8521 EAST 5TH STREET, TUCSON, AZ 85710 FILED BY LEONARD J. MCDONALD JR. OF TIFFANY & BOSCO, P.A. ON BEHALF OF EVERBANK . (set at hrg. held 9/6/12) (cont. from 10/11/12)

**R / M #:**   34 / 0

## *Appearances:*

DIANNE C. KERNS, TRUSTEE
LEONARD J. MCDONALD, ATTORNEY FOR EVERBANK, Appearing by telephone
IRENE LOUISE LEHANE, DEBTOR

## *Proceedings:*

Mr. McDonald states the payment debtor alleged to have made on October 5th still does not show on the trustee's website.

Ms. Lehane checked again and confirms that it does not show up, but she has proof of the payment.

Ms. Kerns believes the payment should have posted by now.  The debtor is currently delinquent $2155.00.  There is enough to make a conduit payment.   Her notes indicate a payment of $900.00 on October 4th which has not yet posted.

The Court notes that even with the $900 payment there is still an approximate deficiency of $1200.00 and asks the debtor how long before she can bring it current.

Ms. Lehane should be able to make up the $1255.00 deficiency on Thursday.

THE COURT:  BY MONDAY, THE DEBTOR IS TO HAVE PROOF THAT ALL THE PAYMENTS HAVE BEEN MADE TO THE TRUSTEE.  COPIES ARE TO BE PROVIDED TO MR. MCDONALD'S OFFICE.  IF MR. MCDONALD DOES NOT RECEIVE THE PROOF FROM THE DEBTOR BY MONDAY, HE IS TO WAIT FIVE DAYS AND CAN THEN UPLOAD AN ORDER LIFTING THE STAY.

The hearing is adjourned.

Copy of the M.E. mailed by BNC to:
Irene Lehane, Debtor
tlm