Craig Morris 011628  
Staff Attorney to the Chapter 13 Trustee  
Dianne Crandell Kerns, Trustee  
Office of Chapter 13 Bankruptcy  
PMB #413  
7320 N. La Cholla #154  
Tucson, AZ  85741  
Telephone  (520)  544-9094

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| IRENE LOUISE LEHANE | ) | CASE NO.:  12-07754-TUC-EWH |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| DEBTOR | ) | |

**TRUSTEE'S APPLICATION FOR EXPENSES AND FEES, DISTRIBUTION OF FUNDS FOR COSTS AND ADEQUATE PROTECTION PAYMENTS IN A DISMISSED OR CONVERTED PRE-CONFIRMED CASE**

Dianne Crandell Kerns who served as the Chapter 13 Trustee prior to the dismissal or conversion in the above-captioned case, hereby reports that the Debtor's case was converted or dismissed by Court Order entered November 18, 2013 prior to confirmation of Debtor's Plan of Reorganization.

The Trustee has collected the sum of $5500.00 under the Chapter 13 proceedings and made disbursements totaling $4797.07.  Interest in the amount of $0.00 shall be credited to Debtor's account.  Court costs of $0.00; Ongoing Mortgage of $2510.82; and pre-confirmation adequate protection payments of $2060.78 were paid.

Therefore, the Trustee requests, pursuant to 28 U.S.C. Section 586(e)(2), that the Trustee be paid from the remaining funds her percentage fee in the amount of $257.80 ($225.47 paid for pre-confirmation Adequate Protection and Ongoing Mortgage).

The Trustee further requests authorization to refund the remaining balance of $670.60 to Debtor; or the Debtor's attorney if the attorney has obtained Court approval of the payment of administrative expenses; or to any taxing

CASE NO.: 12-07754-TUC-EWH

agency in the event a levy has been placed on the Debtor's property; or in the event the Debtor files a new Chapter 13 prior to the disbursement of the funds on hand, the funds will be applied to the new case as supplemental plan funding.

WHEREFORE, the Trustee certifies to the Court that this estate will be fully administered and requests that she be authorized to make the final receipts and disbursements specified above attending this Chapter 13 case and that she be discharged as Trustee herein, that her bond in this case be canceled and the surety or sureties thereon relieved from further liability thereunder, except any liability which may have accrued during the time such bond was in effect.

Dated: December 06, 2013

By /s/ Craig Morris 011628
Staff Attorney to the Chapter 13 Trustee
OFFICE OF THE CHAPTER 13 TRUSTEE
7320 N. La Cholla #154
PMB #413
Tucson, AZ  85741

Copy of the foregoing lodged with U.S. Bankruptcy Court and mailed this: 12/6/2013

IRENE LOUISE LEHANE                              PRO SE
929 LIME ST
OCEAN SPRINGS, MS  39564

Submitted By Dana Bunker