**ORDERED.**

Dated: December 26, 2013



Craig Morris 011628
Staff Attorney to the Chapter 13 Trustee
Dianne Crandell Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone  (520) 544-9094

_____
Eileen W. Hollowell, Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
| | ) | |
| IRENE LOUISE LEHANE | ) | CASE NO.:  12-07754-TUC-EWH |
| | ) | |
| DEBTOR | ) | |

## ORDER APPROVING TRUSTEE'S APPLICATION FOR EXPENSES AND FEES, DISTRIBUTION OF FUNDS FOR COSTS AND ADEQUATE PROTECTION PAYMENTS IN A DISMISSED OR CONVERTED PRE-CONFIRMED CASE

Upon Application of Dianne C. Kerns who served as the Chapter 13 Trustee prior to the dismissal or conversion in the above-captioned case, for her approval to pay Court costs, adequate protection payments, and trustee expenses and fees for the above-captioned converted or dismissed case and good cause appearing,

IT IS ORDERED that interest of $0.00 to be credited to the Debtor's account and the following to be disbursed:

1. Court costs in the sum of             $0.00
2. Trustee fee of                        $257.80 ($225.47 PAID)
3. Attorney fees of                      $0.00
4. Adequate Protection of                $2060.78 (PAID)
5. Ongoing Mortgage of                   $2510.82 (PAID)
6. Arizona Department of Revenue Levy of $670.60
7. Turned over to Debtor*                $0.00
   TOTAL                                 $5500.00

Dated: _____
                                    U.S. BANKRUPTCY JUDGE

*or turned over to the Debtor's attorney if the attorney has obtained Court approval of the payment of administrative expenses; or to any taxing agency in the event a levy has been placed on the Debtor's property; or in the event the Debtor files a new Chapter 13 prior to the disbursement of the funds on hand the funds will be applied to the new case as supplemental plan funding.